# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Cheniqua Latrice Morton            Docket No. 7:07-M-1144-1

### Petition for Action on Probation

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cheniqua Latrice Morton, who, upon an earlier plea of guilty to Larceny of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on December 9, 2010, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall pay a $25 special assessment and a $250 fine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 25, 2011, Morton tested positive for marijuana. Subsequently, she signed an admission form indicating she last used marijuana on or about December 31, 2010.

As a sanction for the violation, it is recommended the drug aftercare condition be added to the conditions of supervision. Morton will also be enrolled in the Surprise Urinalysis Program to detect drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Cheniqua Latrice Morton
Docket No. 7:07-M-1144-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ C. Lee Meeks, Jr. |
| Kevin L. Connolley | C. Lee Meeks, Jr. |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
|  | 472-C Western Blvd. |
|  | Jacksonville, NC 28546-6862 |
|  | Phone: (910) 347-9038 |
|  | Executed On: February 17, 2011 |

## ORDER OF COURT

Considered and ordered this 18 day of February, 2011, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge